# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| JOSEPH MICHAEL HADDEN<br># 131392,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT D. TILLEY, *in their official capacity as Sergeant, et al.*,<br><br>    Defendants. | NO. 1:25-CV-00062<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Plaintiff Joseph Michael Hadden, an inmate of the Maury County Jail in Columbia, in Tennessee, has filed a pro se complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. No. 1).

By Order entered on July 29, 2025, the notified Plaintiff that he must take additional steps for this action to proceed. (Doc. No. 4). The Court explicitly warned Plaintiff that if he did not submit the filing fee or a pauper application within 30 days, this case could be dismissed. (*Id.* at 2).

The deadline has passed, and Plaintiff has not complied with the Court's instructions. It does not appear that Plaintiff wishes to prosecute this action.

An action is subject to dismissal for want of prosecution where the pro se litigant fails to comply with the court's orders or engages in a clear pattern of delay. *Gibbons v. Asset Acceptance Corp.*, No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); *see also Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996). District courts have the inherent power to sua sponte

1

Case 1:25-cv-00062   Document 5   Filed 10/10/25   Page 1 of 2 PageID #: 19

dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad*, 370 U.S. 626, 630-31 (1962).

Accordingly, this action is **DISMISSED** for failure to comply with Order of the Court and want of prosecution.

It is so ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE